IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEITH DUANE ARLINE, JR., | ) | No. C 11-5627 JSW (PR) |
| Plaintiff, | ) | **ORDER OF TRANSFER** |
| v. | ) | |
| R. GOWEN, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Plaintiff, a California prisoner incarcerated at High Desert State Prison ("HDSP"), has filed this pro se civil rights complaint under 42 U.S.C. § 1983 against officials of HDSP based upon events occurring there.

    When, as here, jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a). Venue may be raised by the court *sua sponte* where the defendant has not yet filed a responsive pleading and the time for doing so has not run. *Costlow v. Weeks,* 790 F.2d 1486, 1488 (9th Cir. 1986).

    Plaintiff's claims arise out of events occurring at HDSP, where Defendants are

1 located.  HDSP is in Lassen County, which lies within the venue of the United States
2 District Court for the Eastern District of California.
3     Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C.
4 § 1406(a), that this action be TRANSFERRED to the United States District Court for the
5 Eastern District of California.
6     The Clerk of the Court shall transfer this matter forthwith.
7     IT IS SO ORDERED.
8 DATED:December 21, 2011

                  JEFFREY S. WHITE
                  United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DUANE ARLINE JR, | Case Number: CV11-05627 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| R GOWEN et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith Arline
T13192
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: December 21, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk