IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEITH D. ARLINE, JR.,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**R. GOWER, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:11-cv-03414 WBS KJN P<br><br>**ORDER** |

　　　Plaintiff is a state prisoner proceeding without counsel.  On June 21, 2013, defendants filed a request to take plaintiff's deposition by videoconference.  Good cause appearing, IT IS HEREBY ORDERED that defendants' request to take plaintiff's deposition by videoconference (ECF No. 40) is granted.

**Date:  6/24/2013**

　　　　　　　　　　　　　　　　　　　　　_/s/ Kendall J. Newman_
　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

arli3414.eot

1