IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEITH D. ARLINE, JR.,** | Case No. 2:11-cv-03414 WBS KJN P |
| Plaintiff, | **ORDER** |
| v. | |
| **R. GOWER, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel. On June 21, 2013, defendants filed a request to take plaintiff's deposition by videoconference. Good cause appearing, IT IS HEREBY ORDERED that defendants' request to take plaintiff's deposition by videoconference (ECF No. 40) is granted.

**Date: 6/24/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

arli3414.eot

1